IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILLIAM JACKSON**, <br><br> Plaintiff, <br><br> v. <br><br> **TEMPLE UNIVERSITY**, <br><br> Defendant. | **CIVIL ACTION** <br><br> **NO. 20-1421-KSM** |

## ORDER

**AND NOW**, this 25th day of January, 2023, upon consideration of Defendant's Motion for Summary Judgment (Doc. Nos. 37, 38), Plaintiff's opposition brief (Doc. No. 39), and Defendant's reply brief (Doc. Nos. 42, 43), it is **ORDERED** that the motion is **GRANTED.** The Court enters **JUDGMENT** in favor of Defendant on all claims asserted in Plaintiff's Amended Complaint. The Clerk of Court shall mark this matter **CLOSED.**

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.